Justice ORIE MELVIN did not participate in the decision of this case.

COMMONWEALTH of Pennsylvania, Petitioner

v.

**Jose CASTRO, Respondent.**

Supreme Court of Pennsylvania.

April 9, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 9th day of April, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as phrased by petitioner, is:

Is it possible to meet the test for after-discovered evidence where the defendant proffers no evidence, but instead relies on a newspaper article?

Petitioner's Petition for Leave to File Reply to Brief in Opposition to Commonwealth's Petition for Allowance of Appeal is **DENIED.**